# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC, et al.,

            Plaintiff(s),

vs.

SFR INVESTMENTS POOL I, LLC, et al.,

            Defendant(s).

Case No. 2:15-cv-00267-___-NJK

ORDER DENYING STIPULATION TO EXTEND

(Docket No. 15)

        Pending before the Court is a stipulation to extend the deadline to respond to the complaint, Docket No. 15, which is hereby DENIED. *See* Local Rule 6-1(b) ("Every motion or stipulation to extend time shall . . . state the reasons for the extension requested").

        IT IS SO ORDERED.

        DATED: March 6, 2015

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge