UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SFR INVESTMENTS POOL I, LLC, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-00267-RFB-NJK <br><br> ORDER DENYING STIPULATION TO EXTEND <br><br> (Docket No. 26) |

Pending before the Court is a stipulation to extend the deadline for Defendant Talasera and Vicanto Homeowners Association ("Defendant") to respond to the complaint. Docket No. 26. That stipulation fails to provide a sufficient basis to find "good cause" for the extension sought, stating only that Defendant's insurance carrier appointed counsel nearly a month ago on March 18, 2015. *See id.* at 2. More significantly, the pending stipulation was filed nearly a month after the expiration of the subject deadline and fails to address excusable neglect as required by Fed. R. Civ. P. 6(b)(1)(B). Accordingly, the stipulation is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: April 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge