**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz (NSB# 7171)
khintz@mccarthyholthus.com
Thomas N. Beckom, Esq.  (NSB# 12554)
tbeckom@mccarthyholthus.com
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
 Telephone:    (702) 685-0329
Attorneys for Plaintiff *Nationstar Mortgage* and *Federal National Mortgage Association*

**FENNEMORE CRAIG P.C.**
Leslie Bryan Hart, Esq. (SBN 4932)
300 E. Second St., Suite 1510
Reno, NV 89501
Telephone:      (775)788-2228
Facsimile:       (775)788-2229
lhart@fclaw.com

**ARNOLD & PORTER LLP**
(*Pro Hac Vice* to be Submitted)
Asim Varma, Esq.
Asim.Varma@aporter.com
Howard N. Cayne, Esq.
Howard.Cayne@aporter.com
Michael A.F. Johnson, Esq.
Michael.Johnson@aporter.com
555 12th Street NW
Washington, DC 200004
Telephone: (202)942-5000    Fax: (202)942-5999
*Attorneys for Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, a foreign corporation doing business in Clark County Nevada; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise, and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>                    Plaintiffs,<br>v. | Case No.  2:15:cv-00267-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR NATIONSTAR MORTGAGE, FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOUSING FINANCE AGENCY TO RESPOND TO SFR INVESTMENTS POOL 1 LLC'S MOTION TO DISMISS (First Request)** |

Page | 1                                                                                              NV-15-660002-DCR

SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; TALASERA AND VICANTO HOMEOWNERS ASSOCIATION, a Nevada Nonprofit Corporation,

Defendants.

COMES NATIONSTAR MORTGAGE, LLC (hereinafter "Nationstar") and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") on the one hand by and through their counsel of record Thomas N. Beckom, Esq of the law firm of McCarthy & Holthus LLP; the FEDERAL HOUSING FINANCE AGENCY ("FHFA") by and through their counsel of record Asim Varma, Esq of the law firm of Arnold and Porter LLP and Leslie Bryan Hart of the law firm of Fennemore Craig, P.C., and SFR INVESTMENTS POOL 1, LLC by and through their counsel of record Jacqueline Gilbert, Esq of the law firm of Howard Kim and Associates and hereby file this Stipulation and Order Extending the Deadlines for Nationstar, Fannie Mae, and the FHFA to respond to SFR's Motion to Dismiss filed on April 17, 2015 pursuant to LR 6-1.

## RECITALS

1. On April 17, 2015 SFR filed a Motion to Dismiss the Quiet Title Complaint filed by Nationstar, Fannie Mae, and the FHFA. Currently responses are due by May 4, 2015 and as such this stipulation has been filed timely pursuant to LR 6-1.

2. Nationstar, Fannie Mae, and the FHFA have not previously asked for extension to respond to this motion.

3. Nationstar, Fannie Mae, and the FHFA respectfully request additional time to respond to SFR's Motion as SFR, by way of the Motion to Dismiss, has raised new, important, and unique defenses to the application of certain federal statutes in the complaint. The resolution of these claims will have implications district wide to the current Homeowners Association foreclosure issue in light of the Nevada Supreme Court's opinion in *SFR Invs. Pool1, LLC v. U.S. Bank N.A*.334 P.3d 408 (2014).

4. Given the importance and breadth of this issue, Nationstar, Fannie Mae, and the FHFA respectfully request additional time to brief this matter so that these legal issues may be properly presented to the court.

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

# **STIPULATION**

It is hereby **STIPULATED** that Nationstar, Fannie Mae, and the FHFA shall have until June 3, 2015 to respond to SFR's Motion to Dismiss filed April 17, 2015.

DATED this 23rd day of April, 2015               DATED this 22nd day of April, 2015

**HOWARD KIM & ASSOCIATES**                      **McCARTHY & HOLTHUS, LLP**

 /s/ Jacqueline A. Gilbert, Esq                   /s/ Thomas N. Beckom, Esq
Diana S. Cline, Esq                              Kristin A. Schuler-Hintz, Esq
Nevada Bar No. 10580                             Nevada Bar No. 7171
Jacqueline A. Gilbert, Esq                       Thomas N. Beckom, Esq
Nevada Bar No. 10593                             Nevada Bar No. 12554
Jesse Panoff, Esq                                9510 West Sahara Avenue, Suite 200
Nevada Bar No. 10951                             Las Vegas, Nevada 89117
1055 Whitney Ranch Drive, Suite 110              *Attorney for Nationstar Mortgage and*
Henderson, Nevada 89014                          *Federal National Mortgage Association*
Phone: (702) 485-3300
Fax:    (702)485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 22nd day of April, 2015               DATED this 22nd day of April, 2015

**FENNEMORE CRAIG, P.C.**                        **ARNOLD & PORTER LLP**

 /s/ Leslie Bryan Hart, Esq                       /s/ Asim Varma, Esq
Leslie Bryan Hart, Esq                           Asim Varma, Esq
Nevada Bar No. 4932                              Howard N. Cayne, Esq
300 E. Second Street, Suite 1510                 Michael A.F. Johnson, Esq
Reno, Nevada 89501                               555 12th Street NW
*Attorney for the Federal Housing Finance*       Washington, DC 20004
*Agency*                                         *Attorney for the Federal Housing Finance*
                                                 *Agency*

**ORDER**

IT IS SO ORDERED:

  _____
  RICHARD F. BOULWARE, II
  United States District Judge

  DATED this 24 day of April, 2015.

Page | 4                                                                    NV-15-660002-DCR