Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com;
hcayne@aporter.com;
Michael.Johnson@aporter.com
*Attorneys for Plaintiff Federal Housing
Finance Agency*

Ariel Stern, Esq. (SBN 8276)
Darren T. Brenner, Esq. (SBN 8386)
Christine M. Parvan, Esq. (SBN 10711)
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Tel: (702) 634-5000   Fax: (702) 380-8572
ariel.stern@akerman.com
darren.brenner@akerman.com
christine.parvan@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage
LLC and Federal National Mortgage
Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association, <br><br> Plaintiffs, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; and TALASERA AND VICANTO HOMEOWNERS ASSOCIATION, <br><br> Defendant. | CASE NO.  2:15-cv-00267-RFB-NJK <br><br> **JOINT MOTION FOR LEAVE TO EXTEND THE DEADLINE TO FILE A JOINT REPORT** |

12424331

1. On August 31, 2016, the Court ordered the above titled action stayed until the Ninth Circuit issued its mandate in *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, No. 15-15233, 2016 WL 4254983 (9th Cir. Aug. 12, 2016).  (ECF No. 75.)  On December 14, 2016, the Ninth Circuit issued its Mandate in *Bourne Valley*.  (Exhibit A.)  Pursuant to this Court's order (ECF No. 75), the parties were to file a joint report to the Court proposing a schedule for resumed proceedings fourteen days after the issuance of the Mandate.

2. The parties are near finalizing an agreed proposal for proceeding with the cases, but the holiday season has made communication somewhat cumbersome.

3. Accordingly, the parties respectfully seek leave to extend the deadline to file the joint report with proposed schedule no later than January 13, 2017.

<u>CONCLUSION</u>

For the foregoing reasons, SFR Investments Pool 1, LLC, the Federal National Mortgage Association, and the Federal Housing Finance Agency move the Court to enter an order that extends the deadline to file the joint report with proposed schedule to January 13, 2017.

DATED December 30, 2016.

**AKERMAN LLP**

By:   /s/   Ariel Stern
    Ariel Stern, Esq. (SBN 8276)
    Darren T. Brenner, Esq. (SBN 8386)
    Christine M. Parvan, Esq. (SBN 10711)
    1160 Town Center Drive, Suite 330
    Las Vegas, NV 89144
    Tel: (702) 634-5000   Fax: (702) 380-8572
    ariel.stern@akerman.com
    christine.parvan@akerman.com
    darren.brenner@akerman.com
*Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association*

IT IS SO ORDERED.
Dated:  January 3, 2017

_____
United States Magistrate Judge

**FENNEMORE CRAIG, P.C.**

By:   /s/   John D. Tennert
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com
    and
    ARNOLD & PORTER LLP
    (Admitted *Pro Hac Vice*)
    Asim Varma, Esq.
    Howard N. Cayne, Esq.
    Michael A.F. Johnson, Esq.
*Attorneys for Plaintiff Federal Housing Financing Agency*

1

**KIM GILBERT EBRON**

By: _/s/   Jacqueline A. Gilbert_
    Jacqueline A. Gilbert, Esq. (SBN 10593)
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV 89139
    Tel: (702) 485-330  Fax: (702) 485-3301
    Jackie@kgelegal.com

*Attorneys for Defendant SFR Investments Pool 1, LLC*

**LEACH JOHNSON SONG & GRUCHOW**

By: _/s/   Ryan D. Hastings_
    Ryan D. Hastings, Esq. (SBN 12394)
    8945 W. Russell Rd., Suite 330
    Las Vegas, NV 89148
    Tel: (702) 538-9074 Fax: (702) 538-9113
    rhastings@leachjohnson.com

*Attorneys for Talasera and Vicanto Homeowners Association*